# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 476 MAL 2017
                                :
          Respondent   :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
        v.   :
                                :
                                :
DAMARIS RAMIREZ-DAVILLA,         :
                                :
          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.